TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JENNA WILLIAMS (Cal. Bar No. 307975)
Assistant United States Attorney
International Narcotics, Money
Laundering, & Racketeering Section
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2690
     Facsimile: (213) 894-0142
     E-mail:   jenna.williams@usdoj.gov
               maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-898(A)-DMG |
| Plaintiff, | JOINT FILING RE: AGREED UPON FACTUAL BASIS |
| v. | |
| JESSE ARZATE, aka "Tito," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jenna Williams and Maria Jhai, and defendant Jesse Arzate ("defendant"), by and through his counsel of record, Robert M. Bernstein, Esq., hereby submits the following agreed upon factual basis:

On or about October 16, 2018, in Los Angeles County, within the Central District of California, officers with the California

1  Department of Corrections Parole Apprehension Team saw defendant
2  enter the passenger side of a car and sit on the passenger seat.
3  Pursuant to a previously issued warrant, the officers arrested
4  defendant Arzate, and found a firearm on the floorboard of the
5  passenger seat, where defendant had just been sitting.  The firearm
6  was a Smith and Wesson, model SW357V, .375 SIG caliber semiautomatic
7  pistol, bearing serial number PBA3245.  The firearm was loaded with
8  one round of Hornady .357 SIG caliber ammunition.  Defendant admits
9  that he knowingly possessed this firearm and ammunition.
10      The aforementioned firearm and ammunition all had been shipped
11 or transported from one state to another or between a foreign nation
12 and the United States because they had been manufactured in states
13 other than California or countries other than the United States and
14 were recovered in Los Angeles County in California on October 16,
15 2018.
16      Defendant possessed the firearm and ammunition having been
17 previously convicted, and knowing that he had previously been
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

convicted, of at least one felony crime punishable by a term of imprisonment exceeding one year.

| | |
|---|---|
| Dated: March 8, 2022 | Respectfully submitted, |
| | TRACY L. WILKISON<br>United States Attorney |
| | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division |
| |       /s/<br>JENNA WILLIAMS<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: March 8, 2022 |     /s/ - by email authorization<br>ROBERT M. BERNSTEIN |
| | Attorney for Defendant<br>JESSE ARZATE |